■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASPER GRAYSON, Appellant. [48 NYS3d 577]—Order, Supreme Court, Bronx County (George Villegas, J.), entered on or about May 2, 2013, which denied defendant's CPL 440.46 motion for resentencing, unanimously affirmed.

The court properly exercised its discretion in determining that substantial justice dictated the denial of defendant's motion (*see People v Sosa*, 18 NY3d 436, 442-443 [2012]; *People v Paulin*, 17 NY3d 238, 244 [2011]), particularly in light of the very serious criminal conduct in which defendant engaged shortly after he was released on parole for the underlying drug conviction. Concur—Friedman, J.P., Andrias, Gische and Webber, JJ.